the claim for payment of a charitable subscription to be valid and directs the executor to pay same.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GAMBLE BROTHERS, INC., Appellant, v. CITY OF JAMESTOWN and OSCAR W. NORDSTROM, as Treasurer of the City of Jamestown, Respondents, and WILLIAM J. BRYANT and Others, Defendants.— Judgment, so far as appealed from, modified by deducting therefrom the following amounts: $.05, error in computation, and $88.02 erroneously allowed as penalty on a void sale, and as so modified affirmed, with costs to the respondents. All concur. (The portion of the judgment appealed from determines that the city of Jamestown had a tax lien against the mortgaged premises superior to the lien of plaintiff's mortgage in a mortgage foreclosure action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

RALPH J. LANTIER, Respondent, v. GEORGE LANDERS, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

CLAUDE M. HUTCHINSON, Respondent, v. GEORGE LANDERS, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GORDON G. HUTCHINSON, an Infant, by LAURA E. HUTCHINSON, His Guardian ad Litem, Respondent, v. GEORGE LANDERS, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Cummingham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Estate of CHRIST VLAHOS, and the Appointment of Trustees of Said Estate.— Order entered May 6, 1942, resettled. [See ante, p. 818.] Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Estate of CHRIST VLAHOS, Deceased.— Order entered May 6, 1942, resettled. [See ante, p. 818.] Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

JAY NYE and MYRTIE NYE, Appellants, v. EMPIRE GAS & FUEL COMPANY, LIMITED, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

IRENE COPLEY ALBRIGHT, Beneficiary, and ROBERT C. ALBRIGHT, Remainderman, under Agreements Dated May 14, 1924, and November 29, 1926, between ALEXANDER COPLEY and JEFFERSON COUNTY NATIONAL BANK, Appellants, v. JEFFERSON COUNTY NATIONAL BANK, Respondent.— Appellants' motion for reargument denied. Respondent's motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

IRVING LESSEN, Respondent, v. DOMESTIC FINANCE CORPORATION, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of ARCHIBALD PALMER, Petitioner, against Hon. FRANK J. CREGG, Justice of the Supreme Court of the State of New York, Respondent, to Review the Determination and Order of Respondent Adjudging